IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **PENNY LEWIS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MHM HEALTH PROFESSIONALS, LLC f/k/a MHM HEALTH PROFESSIONALS, INC. d/b/a CENTURION,**<br><br>**Defendant.** | Case No. 4:22-cv-00228-SEP |

**DEFENDANT'S PARTIAL MOTION**
**TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6) and for the reasons stated in its accompanying memorandum of law, Defendant MHM Health Professionals, LLC ("MHM") respectfully moves to dismiss the following claims brought by Plaintiff Penny Lewis: (1) FLSA and Arizona state law[1] security screening claims, with prejudice, because such activities are not compensable work time as a matter of law; (2) *individual* FLSA and Arizona state law meal break claims for failing to allege facts supporting that MHM ever deducted from Plaintiff a 30-minute unpaid meal period for which it had actual or constructive knowledge that she had not taken; (3) FLSA collective and state law class meal break claims, with prejudice, because the facts alleged in the SAC demonstrate that Plaintiff is not "similarly situated" to other workers and that, under Rule 23(b)(3), individualized issues regarding liability would predominate over any common questions of fact or law; (4) FLSA collective meal break and security claims for non-Arizona workers, because Plaintiff fails to allege any facts supporting an inference that the alleged unlawful practices

---

[1] Defendant moves to dismiss Plaintiff's Arizona Wage Act <u>and</u> unjust enrichment claims.

occurred outside of Arizona; and (5) Arizona Wage Act and Unjust Enrichment claims for overtime pay, with prejudice, because they are preempted by the FLSA. A Proposed Order is attached to this Motion.

Dated: July 29, 2022

/s/ *Patricia J. Martin*
Patricia J. Martin #57420 MO
pmartin@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO  63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

Breanne Sheetz Martell, #39632 (WA)
*Admitted Pro Hac Vice*
bsmartell@littler.com
Brian H. Rho, #51209 (WA)
*Pro Hac Vice*
brho@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
Telephone:  206.623.3300
Fax No.:     206.447.6965

Steven Kaplan, #492408 (DC)
*Admitted Pro Hac Vice*
skaplan@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, N.W., Suite 400
Washington, DC  20036
Telephone:  202.842.3400
Fax No.:     202.842.0011

Attorneys for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that, on this 29th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

Matthew S. Parmet
Parmet PC
3 Riverway, Ste. 1910
Houston, TX 77056
Phone: 713.999.5228
Email: matt@parmet.law

Andrew R. Frisch
Morgan & Morgan, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Phone: (954) 967-5377
Email: AFrisch@forthepeople.com

Attorneys for Plaintiff

                                              */s/ Patricia J. Martin*

4856-2874-7051.3 / 095402-1028